UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------}

WILLIAM ZABIT, and BRANDTRANSACT
WORLDWIDE, INC.

                Plaintiffs,

        -against-

BRANDOMETRY, LLC f/k/a BrandTransact
Investments LLC, BRANDOMETRY GROUP
LLC, LARRY A. MEDIN, LAM ASSOCIATES
INC., SUSAN AVARDE, TONY WENZEL,
BRANDLOGIC CORP. d/b/a Tenet Partners,
COREBRAND ANALYTICS d/b/a Tenet
Partners, COREBRAND
DATA SCIENCE, TENET PARTNERS, HAMPTON
BRIDWELL, JAMES GREGORY, TOROSO
INVESTMENTS LLC  d/b/a Tidal Growth
Consultants, MICHAEL VENUTO, ACSI FUNDS,
EXPONENTIAL ETFs, PHIL BAK, CHARLES A.
RAGAUSS, EQM INDEXES, LLC,  JANE
EDMONDSON, FRANK ZARABI, a/k/a Farhad M.
Zarabi a/k/a Farhad Zarabi, BACON LAW GROUP
and THOMAS C. BACON.

                Defendants.

-----------------------------------------------------------------------

**ORDER GRANTING PERMISSION TO FILE DOCUMENTS UNDER SEAL**

20 Civ. 555 (JSR)

JED S. RAKOFF, U.S.D.J.

     WHEREAS, defendants BRANDLOGIC CORP., COREBRAND DATA SCIENCE, TENET PARTNERS,

HAMPTON BRIDWELL  (the "Tenet Parties") having moved, pursuant to Rule 14(a) of the Courts

Individual Rules, for a permission to file documents under seal under Federal Rule of Civil

Procedure 5.2, and good cause for granting such application having been shown, it is hereby:

     ORDERED, that:

     1.     The Tenet Parties are granted permission to file the following documents (the

"Confidential Documents") under seal pursuant to FRCP 5.2 and the ECF Rules and Instructions

of this Court:

1

(a) Licensing and Royalty Agreement among Brandlogic d/b/a Tenet Partners (Tenet), BrandTransact Investments LLC (BTI) and BrandTransact Worldwide (BTWW) dated Feb 5, 2016;

(b) Licensing and Royalty Agreement between Brandlogic d/b/a Tenet Partners (Tenet) and BrandTransact Investments LLC (BTI) dated June 30, 2108; and

(c) Mutual NDA/Confidentiality Agreement between Brandlogic d/b/a Tenet Partners (Tenet) and BrandTransact Investments LLC (BTI) dated November 16, 2015.

2.     The Court retains unfettered discretion whether or not to afford or extend confidential treatment to the Confidential Documents.

Dated:  New York, N.Y.
         August 5, 2020

                    SO ORDERED:


                    JED S. RAKOFF, U.S.D.J.

2

20600644