```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
WILLIAM ZABIT and BRANDTRANSACT       :
WORLDWIDE, INC.,                      :
                                      :
                  Plaintiffs,         :
            -v-                       :
                                      :
BRANDOMETRY, LLC, f/k/a/              :
BRANDTRANSACT INVESTMENTS, LLC,       :    20-cv-555 (JSR)
BRANDOMETRY GROUP, LLC, LARRY A.      :
MEDIN, LAM ASSOCIATES, INC., SUSAN    :
AVARDE, TONY WENZEL, BRANDLOGIC       :
CORP., d/b/a/ TENET PARTNERS,         :
COREBRAND ANALYTICS, LLC, d/b/a/      :
TENET PARTNERS, HAMPTON BRIDWELL,     :    ORDER
JAMES GREGORY, TOROSO INVESTMENTS,    :
LLC, d/b/a/ TIDAL GROWTH              :
CONSULTANTS, MICHAEL VENUTO, ACSI     :
FUNDS, EXPONENTIAL ETFS, PHIL BAK,    :
CHARLES A. RAGAUSS, EQM INDEXES,      :
LLC, JANE EDMONDSON, FRANK ZARABI,    :
a/k/a/ FARHAD ZARABI, BACON LAW       :
GROUP, and THOMAS C. BACON,           :
                                      :
                  Defendants.         :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

This will confirm in writing the scheduling orders orally issued by the Court during the initial pretrial conference held yesterday at 4:00 p.m.

First, with respect to any motion to dismiss on the basis of insufficient service of process under Rule 12(b)(5), briefs must be filed on the following schedule: (a) moving papers due August 13, 2020; (b) answering papers due August 20, 2020. There will be no reply papers but the Court will notify parties

whether there will be oral argument on any such motions by no later than August 21, 2020.

Second, with respect to any motion to dismiss on any other basis than service, briefs must be filed on the following schedule: (a) moving papers due August 20, 2020; (b) answering papers due October 5, 2020; reply papers due October 19, 2020. Oral argument on these motions shall be held on October 26, 2020 at 2:00 p.m. The Court will issue its decision by no later than November 13, 2020. All discovery is this case is stayed until November 13, 2020.

SO ORDERED.

Dated:   New York, NY

        August 7, 2020                 JED S. RAKOFF, U.S.D.J.