UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

WILLIAM ZABIT and BRANDTRANSACT WORLDWIDE, INC.,

          Plaintiffs,

-against-

20 CIVIL 555 (JPC)

# JUDGMENT

BRANDOMETRY, LLC., et al,

          Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 18, 2021, the Brandometry Defendants', the Tenet Defendants', and Zarabi's motions to dismiss the DTSA claim are granted. Because dismissal is based on the Court's conclusion that, in light of Plaintiffs' own acknowledgements of certain facts, the index and algorithm at issue cannot be trade secrets under the DTSA, any further amendment of the Complaint would be futile and the DTSA claim is dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over Plaintiffs' state-law claims, and dismisses those claims without prejudice; accordingly, this case is closed.

**Dated:** New York, New York

    May 19, 2021

                                            **RUBY J. KRAJICK**
                                             Clerk of Court

**BY:** _____

                                                  **Deputy Clerk**